IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ZIELESCH, | No. 2:11-CV-2242-MCE-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| G.D. LEWIS, | |
|     Respondent. | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

       Petitioner seeks the appointment of counsel (Doc. 16).[1]  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not at this time find that the interests of justice would be served by the appointment of counsel.  Further requests for the appointment of counsel

---

[1] Petitioner also seeks an order granting an evidentiary hearing.  That request will be discussed in separate findings and recommendations.

1

will not be considered unless the court grants an evidentiary hearing, in which case petitioner may re-apply for the appointment of counsel.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (Doc. 16) is denied.

DATED: August 31, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE